United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-40802
Conference Calendar

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

ROBERTO VILLARREAL-GUZMAN,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:04-CR-2507-ALL
--------------------

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Roberto Villarreal-Guzman (Villarreal) has requested leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Villarreal received a copy of counsel's motion but filed no response.

Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED.  SEE 5TH CIR. R. 42.2.